# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TALESA MILLER**                                                                  **PLAINTIFF**

v.                                No. 4:21-cv-644-BRW

**FEDERAL EXPRESS CORP.**                                      **DEFENDANT**

## ORDER

In the course of this lawsuit, plaintiff Talesa Miller's ("Plaintiff") attorney withdrew and Plaintiff became *pro se*.[1] On November 2, 2022, I directed Plaintiff to notify the Court within 20 days whether she intended proceed with the lawsuit and to update her mailing address.[2] I advised Plaintiff that failure to comply would result in the dismissal of her case.[3] Plaintiff has not responded to my November 2, 2022 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 5th day of December, 2022.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was notified of Local Rule 5.5(c)(2). (Doc. No. 2.) Rule 5.5(c)(2) reads:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] Order, Doc. No. 22.

[3] *Id*.

[4] Local Rule 5.5(c)(2).