IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TALESA MILLER**                                                                                          **PLAINTIFF**

v.                                            No. 4:21-cv-644-BRW

**FEDERAL EXPRESS CORP.**                                                              **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of December, 2022.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE